UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

NORMAN FAULKNER

            Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

            Defendant(s)

**JUDGMENT**

Civil #09-00198 (RBK)

---

The Hon. John Bissell, Special Master, appointed by this Court having found on January 23, 2009, and no timely objection having been filed,

IT IS, on this 5 day of May, 2009

ORDERED that the report of Hon. John Bissell dated January 23, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Norman Faulkner.**

HON. ROBERT B. KUGLER, U.S.D.J.